

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 21 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NATASHA CHANCE,<br><br>　　　Plaintiff,<br><br>v.<br><br>HOMERIVER- INSTITUTIONAL ACCOUNTS GROUP HOMERIVER GROUP<br><br>Defendant. | Case No.:　**1:26 -CV- 2189** |

**COMPLAINT FOR DAMAGES**

Plaintiff Natasha Chance alleges as follows:

## I.　NATURE OF ACTION

In open defiance of federal and state fair housing and civil rights laws, Defendants

HOMERIVER- INSTITUTIONAL ACCOUNTS GROUP HOMERIVER GROUP

is refusing to renew the lease of Plaintiff Kelton Natasha, a tenant in one of

Defendant's rental properties, for one reason:

Using a series of threats and racial epithets, agent of the defendant (Property

Manager) made its origin-based decision not to renew the Plaintiffs lease for

purposes of revenge and retaliation. Additionally, Defendant refusing to do

maintenance.

Plaintiff seeks declaratory relief and damages to redress Defendant unlawful

housing discrimination based on her race in violation of the Civil Rights.

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction over Plaintiffs federal Civil Rights Act and Fair Housing Act claims pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 3613.

This Court has supplemental jurisdiction over Plaintiffs Georgia state law claims pursuant to 28 U.S.C. § 1367

Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b) and (c) because Defendant is located and conduct business in this District, the events or omissions giving rise to the claims herein occurred in this District, and the properties at issue are situated in this District

## PARTIES

Plaintiff Natasha Chance is a resident of Rockdale County Georgia, and at all times relevant to this complaint

Defendant HOMERIVER- INSTITUTIONAL ACCOUNTS GROUP HOMERIVER GROUP, a Delaware Limited Liability Company Property Management is a Foreign Limited Liability Company with Registered Agent of Service in Gwinnett County of Georgia. Said defendant may be served through its Registered Agent of Service as follows:

CT Corporation System through its Registered Agent of Service as follows: CT Corporation System 289 SOUTH CULVER STREET, LAWRENCEVILLE GA

30046.

## FACTS

1. Plaintiff has been living in the rental unit of the defendant. Plaintiffs entered into a lease agreement with Defendant, to rent the property (the "Premises").

2. Defendant was the owner of the Premises and rented the Premises to Plaintiff.

3. Defendant was subject, at all times relevant, to the anti-harassment and anti-discrimination provisions of the FHA.

4. Plaintiff noticed the leak of water and the existence of sever mold in the premises and immediately notified the property manager.

5. Defendant kept ignoring the issue and took no action at all.

6. Plaintiff sent a written notice to the defendant.

7. Defendant, despite his direct knowledge regarding the mold in the premises, did not take care of it

8. Plaintiff got extremely sick due to mold exposure and informed the defendant. Defendant in an attempt for retaliation sent a Notice of Lease None-Renewal to plaintiff, asking him to vacate the apartment.

9. Upon receiving the said notice, the plaintiff went to the leasing office and talked with a property manager. Said manage responded that she should have thought of

that before she "started complaining about mold," she ended the conversation saying she would call the Marshal and "have you evicted if you do not vacate property.'

10. property manager then repeated, "I don't allow black people and troublemaker in my property. and you need to start understanding that... move out as fast as you can.

11. As a result of the defendant's discriminatory conduct, plaintiff experienced extreme emotional distress.

## CAUSES OF ACTION

### Civil Rights Act, 42 U.S.C. § 1981

Plaintiff repeats and realleges the allegations in the paragraphs above as if fully set forth herein.

As described above. Defendant violated 42 U.S.C. § 3604(a), which makes it unlawful to refuse to rent a dwelling or otherwise make a dwelling unavailable to any person because of race or nationality.

As described above. Defendant violated 42 U.S.C. § 3604(b), which makes it unlawful to discriminate against any person in the terms. conditions, or privileges of the rental of a dwelling, or in the provisions of services and facilities in connection therewith, because of race or color or nationality.

As described above, Defendant violated 42 U.S.C. § 3604(c), which makes it, inter alia, unlawful to make or cause to be made any statement relating to the rental of a

dwelling that indicates any preference or limitation based on race or origin.

As described above, Defendant violated 42 U.S.C. § 3617, which makes it unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of their Fair Housing Act rights, or on account of having exercised or enjoyed, or aided or encouraged others in exercising or enjoying any right secured by the Fair Housing Act.

FOURTH CAUSE OF ACTION Georgia Fair Housing Act, Ga. Code Ann. §§ 8-3-202, 8-3-222

Plaintiff repeats and realleges the allegations in the paragraphs above as if fully set forth herein.

As described above, Defendant violated Ga. Code Ann. § 8-3- 202(a) (1 ), which makes it unlawful to refuse to rent a dwelling or otherwise make a dwelling unavailable to any person because of race or color.

As described above, Defendant violated Ga. Code Ann. § 8-3- 202(a)(2), which makes it unlawful to discriminate against any person in terms, conditions, or privileges of the rental of a dwelling, or in the provisions of services and facilities in connection therewith, because of race or color.

As described above, Defendant violated Ga. Code Ann. § 8-3- 202(a)(3), which makes it, inter alia, unlawful to make or cause to be made any statement relating to

the rental of a dwelling that indicates any preference or limitation based on race or nationality origin.

As described above, Defendant violated Ga. Code Ann. § 8-3-222, which makes it unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of their Georgia Fair Housing Act rights, or on account of having exercised or enjoyed, or aided or encouraged others in exercising or enjoying, any right secured by the Georgia Fair Housing Act.

**FIFTH CAUSE OF ACTION Breach of Contract and Breach of the Duty of Good Faith and Fair Dealing Implied in Every Contract**

Plaintiff repeats and realleges the allegations in the paragraphs above as if fully set forth herein.

Defendants breached the contractual agreement and their duty of good faith and fair dealing by unlawfully forcing Plaintiff for racially and retaliatory discriminatory purposes.

Plaintiff has been harmed by Defendant' breach of the contractual rental agreement and breach of the duty of good faith and fair dealing and is entitled to damage caused by these breaches.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendants as

follows:

a. Declaring Defendants' discriminatory practices violate the Civil

Rights Act of 1866, 42 U.S.C. §§ 1981 and 1982, the Fair Housing Act of 1968, as

amended, 42 U.S.C. §§ 3601, et seq., and the Georgia Fair Housing Act, Ga. Code

Ann. § 8-3-200 et seq.

b. Awarding such damages to Plaintiff as will fully compensate for the diversion

of

resources and frustration of mission caused by Defendants' unlawful practices.

Awarding compensatory damages, including damages for emotional distress, to

Plaintiff.

c. Awarding punitive damages to Plaintiff.

d. Awarding Plaintiff reasonable attorneys' fees, costs, and expenses incurred in

prosecuting this action; and

e. Granting Plaintiff such other further relief as may be just and proper

**JURY DEMAND**

Plaintiff hereby demands a trial on the merits by jury pursuant to Federal Rule

of Civil Procedure 38. Respectfully submitted.

04/14/2026

_____
**NATASHA CHANCE**

Adress:

2086 Jodeco Road, # 1388
Mcdonough, GA 30253